# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GARY EMAS and MICHELLE EMAS, ) | |
| ) | Case No. 1:16-cv-09904 |
| Plaintiffs, ) | |
| ) | |
| v. ) | Judge Charles P. Kocoras |
| ) | |
| NATIONAL ENTERPRISE SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, GARY EMAS and MICHELLE EMAS, and Defendant, NATIONAL ENTERPRISE SYSTEMS, INC, by and through their respective attorneys, hereby stipulate to the dismissal of Plaintiff's claims against Defendant with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

/s/ David B. Levin
Attorney for Plaintiffs
Illinois Attorney No. 6212141
Law Offices of Todd M. Friedman, P.C.
111 West Jackson Blvd., Suite 1700
Chicago, IL 60604
Phone: (312) 212-4355
Fax: (866) 633-0228
dlevin@toddflaw.com

/s/ Lindsey A.L. Conley
Attorney for Defendant
Illinois Attorney No. 6317860
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Phone: (312) 704-3000
Fax: (312) 704-3001
lconley@hinshawlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2017, a copy of the foregoing Stipulation of Dismissal With Prejudice, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff

**Error! Unknown document property name.**